1  Ricardo R. Silva, SBN 204927
   Sloan R. Simmons, SBN 233752
2  **LOZANO SMITH LLP**
   9444 Waples Street, Suite 285
3  San Diego, California 92121
   Telephone:   (858) 909-9002
4  Facsimile:   (858) 909-9022
   rsilva@lozanosmith.com
5

6  Attorneys for Plaintiff
   SANTA BARBARA UNIFIED SCHOOL DISTRICT

7  Andrea M. Marcus, Esq
8  **LAW OFFICE OF ANDREA MARCUS.**
   133 East De La Guerra Street, #143
9  Santa Barbara, CA 93101
   Telephone: (805) 687-6455
10 Facsimile:  (888) 215-9021
   andreamarcuslaw@cox.net
11
   Attorney for Defendants
12 MARIA SALAS, GRANDPARENT and
   LEGAL GUARDIAN, on her behalf
13 and on behalf of M.D., STUDENT and MINOR,

14
                    IN THE UNITED STATES DISTRICT COURT
15
                   FOR THE CENTRAL DISTRICT OF CALIFORNIA
16

JS-6

| | |
|---|---|
| SANTA BARBARA UNIFIED SCHOOL DISTRICT,<br><br>           Plaintiff,<br><br>v.<br><br>MARIA SALAS, GRANDPARENT and LEGAL GUARDIAN, on her behalf and on behalf of M.D., STUDENT and MINOR,<br><br>           Defendants. | Case No. CV13-02386-FMO-SHx<br><br>**ORDER RE: DISMISSING CASE WITH PREJUDICE** |

   Plaintiff SANTA BARBARA UNFIED SCHOOL DISTRICT, through its attorneys of record, the law firm Lozano Smith, by Ricardo R. Silva, Esq., and Defendant MARIA SALAS, on behalf of M.D., through their attorney of record, Andrea Marcus,

ORDER RE: STIP FOR &                        Santa Barbara Unified Sch. Dist. v. Maria Salas, et. al
DISMISSAL WITH PREJUDICE                                    Case No. CV13-02386-FMO-SHx

1  Esq., having filed a Stipulation for Dismissal with Prejudice pursuant to Rule 41 of the
2  Federal Rules of Civil Procedure on September 16, 2013,
3      IT IS HEREBY ORDERED THAT the Plaintiff's Complaint and entire action in
4  the above-captioned case be DISMISSED WITH PREJUDICE pursuant to Rule
5  41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

7  Dated: September 20 , 2013

                            /s/
                        HONARABLE FERNANDO M. OLGUIN
                        U.S. DISTRICT COURT JUDGE
                        CENTRAL DISTRICT OF CALIFORNIA

00297547.DOC

LOZANO SMITH
9444 Waples Street, Suite 285, San Diego, CA 92121
Tel 858-909-9002  Fax 858-909-9022