Ricardo R. Silva, SBN 204927
Sloan R. Simmons, SBN 233752
**LOZANO SMITH LLP**
9444 Waples Street, Suite 285
San Diego, California 92121
Telephone:    (858) 909-9002
Facsimile:    (858) 909-9022
rsilva@lozanosmith.com

Attorneys for Plaintiff
SANTA BARBARA UNIFIED SCHOOL DISTRICT

Andrea M. Marcus, Esq
**LAW OFFICE OF ANDREA MARCUS.**
133 East De La Guerra Street, #143
Santa Barbara, CA 93101
Telephone: (805) 687-6455
Facsimile:  (888) 215-9021
andreamarcuslaw@cox.net

Attorney for Defendants
MARIA SALAS, GRANDPARENT and LEGAL GUARDIAN, on her behalf and on behalf of M.D., STUDENT and MINOR,

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| SANTA BARBARA UNIFIED SCHOOL DISTRICT,<br><br>    Plaintiff,<br><br>v.<br><br>MARIA SALAS, GRANDPARENT and LEGAL GUARDIAN, on her behalf and on behalf of M.D., STUDENT and MINOR,<br><br>    Defendants. | Case No. CV13-02386-FMO-SHx<br><br>**ORDER RE: DISMISSING CASE WITH PREJUDICE** |
|---|---|

    Plaintiff SANTA  BARBARA UNFIED SCHOOL DISTRICT, through its attorneys of record, the law firm Lozano Smith, by Ricardo R. Silva, Esq., and Defendant MARIA SALAS, on behalf of M.D., through their attorney of record, Andrea Marcus,

1  Esq., having filed a Stipulation for Dismissal with Prejudice pursuant to Rule 41 of the
2  Federal Rules of Civil Procedure on September 16, 2013,
3      IT IS HEREBY ORDERED THAT the Plaintiff's Complaint and entire action in
4  the above-captioned case be DISMISSED WITH PREJUDICE pursuant to Rule
5  41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

7  Dated: September 20 , 2013

                                                         /s/
                                 HONARABLE FERNANDO M. OLGUIN
                                 U.S. DISTRICT COURT JUDGE
                                 CENTRAL DISTRICT OF CALIFORNIA

18  00297547.DOC

LOZANO SMITH
9444 Waples Street, Suite 285, San Diego, CA 92121
Tel 858-909-9002  Fax 858-909-9022